UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARIPOSA COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | 1:20-cv-00808-NONE-SKO (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Document #8) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 29, 2020, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner was authorized to proceed in forma pauperis in this action on June 12, 2020, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **June 30, 2020**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1